# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

2010 JAN 14  AM 11: 41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 09CR3703-WQH |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| GILBERTO SANCHEZ-MONTANO (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____  the Court has dismissed the case for unnecessary delay; or

____  the Court has granted the motion of the Government for dismissal; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

**X**  of the offense(s) of: 1325 ILLEGAL ENTRY (MISDEMEANOR) AND 1325 ILLEGAL ENTRY (FELONY)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 14, 2010

WILLIAM Q. HAYES, US DISTRICT COURT
UNITED STATES DISTRICT JUDGE

ENTERED ON  1/14/10